UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, ) | Case No.: 12-CV-2025-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING FILING OF |
| v. ) | CASE MANAGEMENT STATEMENT |
| ) | |
| SHIRO SHIOZAWA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a case management conference statement by November 21, 2012, seven days in advance of the parties' November 28, 2012 case management conference.  The parties have not yet filed a case management conference statement.  The parties are hereby ORDERED to file a case management conference statement by 5:00 p.m. today, November 27, 2012 or as soon as possible.

**IT IS SO ORDERED.**

Dated: November 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-2025-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT