UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-CV-2025-LHK |
| Plaintiff, | ORDER REGARDING DEFENDANT'S OBJECTION TO THE USE OF DEFENDANT'S DEPOSITION TRANSCRIPT |
| v. | |
| SHIRO SHIOZAWA, | |
| Defendant. | |

Defendant has filed a notice stating that Defendant "object[s] for all intents and purposes to the use of" the transcript from Defendant's deposition on February 20, 2013 because Defendant has not received a copy of the deposition "for [Defendant's] personal correction." ECF No. 36. The Court ORDERS that, by April 15, 2013, Plaintiff shall mail Defendant a copy of the deposition transcript so that Defendant may provide any corrections. Plaintiff shall file a proof of service showing the transcript was mailed. By April 29, 2013, Defendant shall: (1) correct the transcript; (2) mail the corrected transcript to Plaintiff; and (3) file a proof of service showing that Defendant returned the corrected deposition transcript to Plaintiff.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-2025-LHK
ORDER REGARDING DEFENDANT'S OBJECTION TO THE USE OF DEFENDANT'S DEPOSITION TRANSCRIPT